UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ALVARADO,<br><br>    Plaintiff.<br><br>    v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC.,<br><br>    Defendant. | Case No. 25-cv-00474-RS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a case management conference was scheduled on July 17, 2025, before this Court in the above-entitled case. Plaintiff failed to appear or file any statement or change of address as required by Civil L.R. 3-11.

Good cause appearing,

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the Order to Show Cause will be held on **August 28, 2025, at 2:30 PM,** before Chief Judge Richard Seeborg, in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: July 17, 2025

_____
RICHARD SEEBORG
Chief United States District Judge